# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

December 15, 2020

Lyle W. Cayce
Clerk

No. 20-10597
Summary Calendar

United States of America,

*Plaintiff—Appellee*,

*versus*

Eric Deshan Adams,

*Defendant—Appellant*.

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:18-CR-329-1

Before Wiener, Southwick, and Duncan, *Circuit Judges*.

Per Curiam:*

Eric Deshan Adams appeals his 180-month sentence for being a felon in possession of a firearm and possession with intent to distribute a controlled substance. He argues that his prior Texas convictions of burglary of a habitation are not violent felonies under the Armed Career Criminal Act

---

* Pursuant to 5th Circuit Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Circuit Rule 47.5.4.

No. 20-10597

(ACCA), but he concedes that the issue is foreclosed by *United States v. Herrold*, 941 F.3d 173 (5th Cir. 2019) (en banc), *cert. denied*, 2020 WL 5882400 (U.S. Oct. 5, 2020) (No. 19-7731). The Government has moved for summary affirmance or, alternatively, an extension of time to file a brief.

Summary affirmance is proper where, among other instances, "the position of one of the parties is clearly right as a matter of law so that there can be no substantial question as to the outcome of the case." *Groendyke Transp., Inc. v. Davis*, 406 F.2d 1158, 1162 (5th Cir. 1969). In *Herrold*, we held that Texas burglary is "generic burglary" and is a violent felony under the ACCA. *Herrold*, 941 F.3d at 182. As Adams concedes, his arguments are foreclosed by *Herrold*, 941 F.3d at 182. Accordingly, summary affirmance is proper. *See Groendyke Transp., Inc.*, 406 F.2d at 1162.

The Government's motion for summary affirmance is GRANTED, and the judgment is AFFIRMED. The Government's alternative motion for an extension of time to file a brief is DENIED as moot.